# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELIZABETH RAMSEY,
               Appellant,
vs.
EUGENE TUMBARELLO; AND
SHAMROCK PAINTING, INC.,
               Respondents.

No. 82946

FILED

SEP 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying claims of exemption from execution, declaring a homestead void, and compelling compliance of a judgment debtor, and from an order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Respondents have filed a motion to dismiss this appeal for lack of jurisdiction. Appellant has filed a non-opposition to the motion. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-26245

cc: Hon. Tierra Danielle Jones, District Judge
Ara H. Shirinian, Settlement Judge
Law Office of Christopher P. Burke
Cory Reade Dows & Shafer
Eighth District Court Clerk